IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAWN DAVID RICHARD                                                   PLAINTIFF

v.                         No. 1:13-cv-18-DPM-HDY

STAN HANEY, Jail Administrator, Sharp County Jail;
MARK COUNTS, Sheriff, Sharp County Jail;
DOES, Tina, Notary Public                                             DEFENDANTS

ORDER

No one has objected to Magistrate Judge H. David Young's recommendation, № 19, that the Court dismiss as a defendant "Tina," whom Richard names in his amended complaint, № 5, but does not tie to any alleged wrongdoing. On review for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Note), the Court adopts Judge Young's recommendation. The Clerk is directed to terminate the Jane Doe "Tina" as a party defendant.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

11 June 2013